# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| GLENDA ROXANA REYES-LOPEZ | CIVIL ACTION NO. 25-2026 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| THE GEO-GROUP, INC., ET AL | MAGISTRATE JUDGE AYO |

## ORDER

Before the Court is a Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") (Rec. Doc. 2) filed by habeas Petitioner, Glenda Roxana Reyes-Lopez ("Petitioner"). On December 12, 2025, Petitioner filed her Habeas Petition (Rec. Doc. 1), followed by the instant Motion on the same day. The Habeas Petition seeks enforcement of her rights as a member of the Bond Denial Class, more specifically release from the Department of Homeland Security ("DHS") within one day. See Rec. Doc. 1 at 2, 4. Alternatively, Petitioner submits that the Court should order her release unless DHS provides a bond hearing under 8 U.S.C. § 1226(a) within seven days. See id. at 4. The instant motion seeks a TRO and preliminary injunction enjoining DHS and all other Respondents from removing Petitioner from the United States and from transferring her out of the jurisdiction of this Court during the pendency of her Habeas Petition. See Rec. Doc. 2 at 2.

Petitioner has not demonstrated that her removal proceedings are expedited and/or that her removal is sufficiently imminent to warrant the extraordinary remedy of a TRO. Thus, based on the showing made at this stage, Petitioner's Motion for TRO and Preliminary Injunction (Rec. Doc. 6) is **DENIED**. The case will proceed on an expedited briefing schedule before Magistrate Judge Ayo when the Respondents have been served.

Accordingly,

**IT IS ORDERED** that Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction (Rec. Doc. 2) be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the Habeas Petition (Rec. Doc. 1) is hereby referred to Magistrate Judge Ayo for the issuance of an expedited briefing schedule.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 16th day of December, 2025.

_____
**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**