UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**GLENDA ROXANA REYES-LOPEZ**           **CASE NO. 6:25-CV-02026 SEC P**

**VERSUS**                              **JUDGE S. MAURICE HICKS, JR.**

**G E O GROUP INC ET AL**               **MAGISTRATE JUDGE DAVID J. AYO**

## EXPEDITED BRIEFING ORDER

Considering the Court's Order of December 16, 2025 (Rec. Doc. 4) granting Petitioner's MOTION FOR EXPEDITED HEARING, incorporated in her PETITION FOR WRIT OF HABEAS CORPUS (Rec. Doc. 1), it is hereby

ORDERED that the government shall file its response to Petitioner's pending PETITION FOR WRIT OF HABEAS CORPUS (Rec. Doc. 1) on or before TUESDAY, DECEMBER 23, 2025 at 5:00 p.m. (CST). It is further

ORDERED that Petitioner shall file any desired reply brief on or before TUESDAY, DECEMBER 30, 2025 at 5:00 p.m. (CST).

SO ORDERED this 16th day of December, 2025 at Lafayette, Louisiana.

_____
**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**